UNITED STATES, Appellee

v.

HENRY L. TRUSS, Private E–1, U. S. Army, Appellant

2 USCMA 283; 8 CMR 83

No. 1332

Decided March 5, 1953

LT. COL. George E. Mickel, U. S. Army, and 1ST. LT. Richard M. Hartsock, U. S. Army, for Appellant.

1ST. LT. Robert A. Forman, U. S. Army, for Appellee.

Opinion of the Court

PER CURIAM:

The accused was convicted by general court-martial in Korea of absence without leave for four days in violation of Article 86 of the Uniform Code of Military Justice, 50 USC § 680. He was sentenced to dishonorable discharge, total forfeiture of pay and confinement for ten years. The findings and sentence have been upheld on review except that the board of review reduced the confinement to five years. We granted accused's petition for review.

The sole proof of the unauthorized absence in this case consisted of morning report extracts which were neither signed nor initialed by the reporting officer. This requires reversal. United States v. Parlier (No. 347), 4 CMR 25, decided June 13, 1952; United States v. Howard S. Smith (No. 1367), 6 CMR 121, decided December 31, 1952.

The decision of the board of review is reversed and the case is remanded to The Judge Advocate General of the Army for action not inconsistent with this opinion.